UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO and Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds,<br><br>Petitioners,<br><br>-against-<br><br>Drywall & Acoustics of Northeast, Inc.,<br><br>Respondent. | Case No.: 23-cv-01918-CM<br><br>**JUDGEMENT** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023

---

This action having been commenced on March 6, 2023 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been served on the Defendant, Drywall & Acoustics of Northeast, Inc., on March 9, 2023 via Secretary of State, and said Proof of Service having been filed with the Clerk of the Court on March 28, 2023, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of $15,051.56, which includes the following: fringe benefits in the sum of $7,154.56; liquidated damages in the sum of $4,000.00; attorneys' fees in the sum of $3,420.00; and court costs and disbursements in the sum of $477.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
       13 Dec            , 2023

So Ordered:

*/s/ Colleen McMahon*

Honorable Colleen McMahon, U.S.D.J.